UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>vs.<br><br>ELIZABETH C. GOODMAN a/k/a ELIZABETH GOODMAN<br>　　　　　　Defendant | NO. 18-02890 |

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the Standing Order was sent by certified and first class mail, postage pre-paid, to the following parties on July 12, 2018.

ELIZABETH C. GOODMAN a/k/a ELIZABETH GOODMAN
4803 Paschall Ave.
Philadelphia, PA 19143-4429

　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　BNY Independence Center
　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215)825-6309
　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com