

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ELIZABETH C. GOODMAN A/K/A ELIZABETH GOODMAN, ET AL.
Defendant (Respondent)

CASE and/or DOCKET No.: 2:18-CV-02890-PD

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELIZABETH C. GOODMAN A/K/A ELIZABETH GOODMAN the above process on the 2 day of September, 2018, at 8:55 o'clock, P.M. at 4803 PASCHALL AVE PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By handing a copy to the Defendant(s)

Description: Approximate Age 61-65  Height 5'5  Weight 175  Race BLACK  Sex FEMALE  Hair GRAY

Military Status: ☐ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Becker__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-183796
Case ID #: 5283798

Subscribed and sworn to before me
this __5__ day of __Sept__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021