# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff<br><br>v.<br><br>ELIZABETH C. GOODMAN a/k/a ELIZABETH GOODMAN,<br>                        Defendant | No. 18-02890 |

## DEFAULT JUDGMENT

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_October\_\_\_, 2018, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday, July 11, 2018 and, after due service of process on Defendant, ELIZABETH C. GOODMAN a/k/a ELIZABETH GOODMAN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, ELIZABETH C. GOODMAN a/k/a ELIZABETH GOODMAN, in the amount of $10,659.93. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: October 11, 2018

                                                Kate Barkman
                                              Clerk, United States District Court
                                              EasternDistrict of Pennsylvania

                              By:     s/ Terry Milano
                                          Deputy Clerk